AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 2 7 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

United States of America )
v. )
Virgil Lee Johnson )
) Case No: 4:06CR00039-001
) USM No: 12425-084
Date of Previous Judgment: March 26, 2007 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __84__ months **is reduced to** __70 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __23__   Amended Offense Level: __21__
Criminal History Category: __V__   Criminal History Category: __V__
Previous Guideline Range: __84__ to __105__ months   Amended Guideline Range: __70__ to __87__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __3/26/2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3-27-08

Effective Date: ~~3/3/08~~ 4-7-08
(if different from order date)

_/s/ Jackson Kiser_
Judge's signature

Jackson Kiser, Senior United States District Judge
Printed name and title